## Boyd v. The State.

APPEAL from the Circuit Court of Marshall.

Tried before the Hon. JAMES A. BILBRO.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for
murder, and sentenced to be hanged. The record contains
no bill of exceptions, and shows that no question of law
has been reserved for review in this court. The bill is,
therefore, dismissed, leaving the judgment of the trial
court to be enforced. The day of execution had passed
before the case was decided in this court. Section 4674
of the Criminal Code of 1886, makes provision for the
execution of the sentence of the law and the judgment of
the court in such cases. The court fixes the day for the
execution of the sentence of death only in cases of the
affirmance of the judgment of the lower court.—Cr. Code,
of 1886, § 4522 ; *Howard v. State*, 110 Ala. 23.
   Appeal dismissed.

Opinion PER CURIAM.